| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR REYNOLDS; HEATHER REYNOLDS; H.R., a minor; R.R., a minor – by and through their Guardian Ad Litem, Janice White,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO COUNTY HEALTH AND HUMAN SERVICES AGENCY; POLINSKY CHILDRENS CENTER; MAYA BRYSON; SHARI MEDEIROS; LAURA ZETMEIR, and Does 1 through 50, Inclusive,<br><br>　　　　　　　Defendants. | Case No.: 11cv1256-JAH (AGS)<br><br>**ORDER GRANTING JOINT REQUEST TO EXTEND STAY OF PROCEEDINGS AND RESETTING TELEPHONIC STATUS CONFERENCE** |

　　　　Plaintiffs Trevor Reynolds, Heather Reynolds, H.R., a minor, and R.R., also a minor, both through their guardian ad litem, Kirk Howland (collectively, "Plaintiffs"), and Defendants County of San Diego, Maya Bryson, Shari Medeiros, Laura Zetmeir, Cheryl Berglund, and Kristie Campbell (collectively, "Defendants"), by and through their respective counsel filed a joint status report, pursuant to the Court's May10, 2019 Order, along with a request to stay proceedings for an additional three-month period.

1

Pending the U.S. Supreme Court's final decision and ruling on Defendants' Petition for Writ of Certiorari in *Mann v. County of San Diego,* 907 F.3d 1154 (9th Cir.2018), the Court finds good cause to **VACATE** the telephonic hearing set for September 9, 2019 and **RESET** it for January 27, 2020 at 2:30 p.m.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report on or before January 21, 2020.

**IT IS SO ORDERED.**

DATED: September 5, 2019

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT COURT