UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR REYNOLDS, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                                    Defendants. | Case No.:  11cv1256-JAH (AGS)<br><br>**ORDER GRANTING MOTION TO REPLACE DECEASED GUARDIAN AD LITEM** |

Pending before the Court is Plaintiff Trevor Reynolds, et al's ("Plaintiffs") motion to replace deceased Guardian Ad Litem. *See* Doc. No. 203. Upon review of Plaintiffs' motion and good cause appearing, Plaintiffs' motion is **GRANTED**. Accordingly, IT IS HEREBY ORDERED that Robert Powell, Esq., be appointed Guardian Ad Litem for minors H.R. and R.R., to continue to prosecute the action on their behalf.

**IT IS SO ORDERED.**

DATED:  June 16, 2020

_____

Hon. John A. Houston
United States District Judge

1