UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR REYNOLDS, et al., | Case No.  11cv1256-JAH (AGS) |
| Plaintiffs, | **ORDER VACATING TELEPHONIC STATUS CONFERENCE** |
| v. | |
| COUNTY OF SAN DIEGO, et al., | |
| Defendants. | |

Upon the Court's own motion, it appearing from the record that the parties have reached a settlement, IT IS HEREBY ORDERED the Telephonic Status Conference set for June 29, 2020, at 2:30 pm is **VACATED**..

**IT IS SO ORDERED.**

DATED:  June 26, 2020

_____
Hon. John A. Houston
United States District Judge

1